Emery L. Franklin III; 05252-000; L-Unit
United States Penitentiary-Lompoc
3901 Klein Boulevard
Lompoc, Ca 93436



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT FRESNO

| | |
|---|---|
| Emery L. Franklin III | ) Case No.: 1:11-cv-00173 GSA(PC) |
| Plaintiff | ) |
| | ) LETTER TO THE JUDGE |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| Defendant | ) |

Dear Your Honor;

Greetings! I am the Plaintiff in the above action.

Today I received an Order Dismissing Case, With Prejudice, For Failure To State A Claim Upon Which Relief May Be Granted Under Section 1983. My action is not a Bivens vs. Six Unknown Agents, 403 US 388 (1971). The above action is supposed to be a Federal Tort Claims Act, (FTCA), 28 U.S.C. §1346(B), by a person in FEDERAL custody.

The original Tort Claim was filed on January 31, 2011. On June 13, 2013 the court dismissed the complaint with leave leave to file an amended complaint. On June 26, 2013 the first amended complant was filed. My original complaint was hand-written. In the first order I was given an Amended complaint form which was filled out and sent back to the court. I am a federal prisoner seeking justice in the federal courts for a Tort Claim. Can you please re-consider your order?

I look forward to your reply.

I declare under penalty of perjury that the forgoing is true and correct.

Executed: April 8, 2014

Very Truely Yours,

*Emery L. Franklin III*

Emery L. Franklin III