UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WRIGHT,<br><br>        Plaintiff,<br><br>    vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>        Defendants. | 1:11-cv-00173-GSA (PC)<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

    The Court has found service of the Second Amended Complaint appropriate. Accordingly, pursuant to Federal Rule of Civil Procedure 4(c), it is HEREBY ORDERED that:

    1.    The United States Marshals Service (USM) shall initiate service on the following defendant pursuant to Fed. R. Civ. P. 4(i)(1)(A):

**UNITED STATES OF AMERICA**

    2.    The Clerk of the Court is directed to forward the following documents to the USM:

        (1)    One completed USM-285 form;

        (2)    One completed and issued summons plus one additional copy for service on the Attorney General pursuant to Fed. R. Civ. P. 4(i)(1);

1

      (3)    One copy of the Second Amended Complaint filed on May 21, 2014 (Doc. 17), plus one additional copy for service on the Attorney General pursuant to Fed. R. Civ. P. 4(i)(1) and one extra copy for the USM;

      (4)    One copy of this order plus an extra copy for the USM.

3. Within **twenty (20) days** from the date of this order, the USM shall:

    a.    Deliver copies of the summons, the complaint, and this order to the United States Attorney's Office in Sacramento, California; and

    b.    Send a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States in Washington, D.C.

4. Once served, the defendant is required to file a reply to the complaint. 42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

Dated:   **March 18, 2015**                **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE