UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY L. FRANKLIN III,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | 1:11-cv-00173-GSA-PC<br><br>NOTICE OF ERRATA<br><br>ORDER VACATING ORDER OF MARCH 19, 2015 DIRECTING SERVICE BY UNITED STATES MARSHALS SERVICE<br>(Doc. 26.) |

　　　　On March 19, 2015, the court issued an order in this action directing the United States Marshal to serve process upon defendant United States of America. (Doc. 26.) The case caption on the front page of the order is incorrect and names parties who do not exist in this case. (Doc. 26 at 1.) Accordingly, the court shall vacate the March 19, 2015 order and concurrently issue a new, amended order with corrections made.

　　　　Accordingly, IT IS HEREBY ORDERED that the court's order of March 19, 2015 in this action, titled "Order Directing Service by the United States Marshals Service Without Prepayment of Costs," is VACATED.

IT IS SO ORDERED.

　　Dated:   **March 19, 2015**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE